004512

Order entered October 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00589-CV

## GREYHOUND LINES, INC., ET AL., Appellants

## V.

## ASHLEY REEDY, Appellee

On Appeal from the 193rd District Court
Dallas County, Texas
Trial Court Cause No. 09-09239

## ORDER

The Court has before it appellants' October 17, 2012 unopposed motion for extension of time to file brief of appellants. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by October 24, 2012.

_____
MOLLY FRANCIS
JUSTICE